IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DIANE KROPF, *et al.*,
    Plaintiffs,

v.                                                        Civil No. 3:20cv798 (DJN)

ETHICON, INC., *et al.*,
    Defendants.

## DISMISSAL ORDER

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 40). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiffs against Defendants. Let the Clerk file a copy of this Order electronically and notify all counsel of record.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                               /s/
                                            David J. Novak
                                            United States District Judge

Richmond, Virginia
Dated: July 14, 2021